# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESELLEXPRESS LLC, et al.,<br><br>Defendants. | Case No.: 19cv764-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal with prejudice. Defendants have not filed an answer or motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE** in its entirety.

**IT IS SO ORDERED**.

Dated: August 12, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge